| | |
|---|---|
| 1 | Rasha Gerges Shields (Cal. Bar No. 218248) |
| | rgergesshields@jonesday.com |
| 2 | Tyler J. Scott (Cal. Bar No. 341039) |
| | tscott@jonesday.com |
| 3 | JONES DAY |
| 4 | 555 South Flower Street, 50th Floor |
| | Los Angeles, CA 90071 |
| 5 | Telephone: +1.213.243.2719 |
| | Facsimile: +1.213.243.2539 |
| 6 | |
| 7 | Jeffrey D. Baltruzak (*pro hac vice* forthcoming) |
| | jbaltruzak@jonesday.com |
| 8 | Daniel Paul Johnson (*pro hac vice* forthcoming) |
| | dpjohnson@jonesday.com |
| 9 | JONES DAY |
| 10 | 500 Grant Street Suite 4500 |
| | Pittsburgh, PA 15219 |
| 11 | Telephone: +1.412.391.3939 |
| | Facsimile: +1.412.394.7959 |
| 12 | |
| 13 | Attorneys for Defendant |
| | UNIVERSITY OF SOUTHERN CALIFORNIA |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE JEWISH USC FACULTY MEMBER 2004 and DOE JEWISH USC STUDENT 1987, Individually And On Behalf of All Others Similarly Situated, <br><br>            Plaintiffs, <br><br>v. <br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, a private public-benefit nonprofit corporation; JEWISH VOICES FOR PEACE ("JVP"), a business organization, form unknown; STUDENTS FOR JUSTICE IN PALESTINE ("SJP"), a business organization, form unknown; and DOES 1 through 50, inclusive, <br><br>            Defendants. | Case No. 2:25-CV-6375 <br><br>**DEFENDANT UNIVERSITY OF SOUTHERN CALIFORNIA'S NOTICE OF INTERESTED PARTIES** |

Pursuant to Federal Rules of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for Defendant University of Southern California ("USC"), hereby certifies that the following listed parties may have a pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

USC is a private, not-for-profit public benefit corporation organized and existing under the laws of the State of California. USC does not have a parent corporation, and no publicly held company owns 10% or more of its stock.

The following are insurance carriers with possible interest:

1. Berkshire Hathaway Specialty Insurance
2. National Fire & Marine Insurance Company

Dated: July 11, 2025

Respectfully submitted,

JONES DAY

By: */s/ Rasha Gerges Shields*
    Rasha Gerges Shields

Attorneys for Defendant
UNIVERSITY OF SOUTHERN CALIFORNIA