Rasha Gerges Shields (Cal. Bar No. 218248)
rgergesshields@jonesday.com
Tyler J. Scott (Cal. Bar No. 341039)
tscott@jonesday.com
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: +1.213.243.2719
Facsimile: +1.213.243.2539

Jeffrey D. Baltruzak (*pro hac vice* forthcoming)
jbaltruzak@jonesday.com
Daniel Paul Johnson (*pro hac vice* forthcoming)
dpjohnson@jonesday.com
JONES DAY
500 Grant Street Suite 4500
Pittsburgh, PA 15219
Telephone: +1.412.391.3939
Facsimile: +1.412.394.7959

Attorneys for Defendant
UNIVERSITY OF SOUTHERN CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE JEWISH USC FACULTY MEMBER 2004 and DOE JEWISH USC STUDENT 1987, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, a private public-benefit nonprofit corporation; JEWISH VOICES FOR PEACE ("JVP"), a business organization, form unknown; STUDENTS FOR JUSTICE IN PALESTINE ("SJP"), a business organization, form unknown; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:25-CV-6375<br><br>[Removed from Los Angeles Superior Court, Case No. 25STCV20404]<br><br>**DEFENDANT UNIVERSITY OF SOUTHERN CALIFORNIA'S PROOF OF SERVICE REGARDING NOTICE OF REMOVAL**<br><br>Complaint Filed: July 8, 2025 |

**PROOF OF SERVICE**

I, Tyler Scott, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Fiftieth Floor, Los Angeles, CA 90071. On July 11, 2025, I served a copy of the within document(s):

**DEFENDANT UNIVERSITY OF SOUTHERN CALIFORNIA'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1331, 1332, 1441, 1446, and 1453;**

**CIVIL COVER SHEET;**

**DEFENDANT UNIVERSITY OF SOUTHERN CALIFORNIA'S NOTICE OF RELATED CASES; and**

**DEFENDANT UNIVERSITY OF SOUTHERN CALIFORNIA'S NOTICE OF INTERESTED PARTIES**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below.

☒ by transmitting via my electronic service address (tscott@jonesday.com) the document(s) listed above to the person(s) at the e-mail address(es) set forth below

☐ by transmitting via the Court's Electronic Filing and Service Provider, First Legal, on the interested parties to this action.

Attorneys for Plaintiffs:

Michael E. Reznick, Esq.
E. Jay Gotfredson, Esq.
LAW OFFICES OF MICHAEL E. REZNICK
283 Ocho Rios Way
Oak Park, CA 91377-5540
Emails: reznagoura@aol.com
jay@gotfredsonassociates.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

1

DEFENDANT UNIVERSITY OF SOUTHERN CALIFORNIA'S PROOF OF SERVICE

Executed on July 11, 2025, at Los Angeles, California.

_____
Tyler Scott