UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE JEWISH USC FACULTY MEMBER 2004 and DOE JEWISH USC STUDENT 1987, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, a private public-benefit nonprofit corporation; JEWISH VOICES FOR PEACE ("JVP"), a business organization, form unknown; STUDENTS FOR JUSTICE IN PALESTINE ("SJP"), a business organization, form unknown; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-06375-MWC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT UNIVERSITY OF SOUTHERN CALIFORNIA'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)**<br><br>**Date:** August 29, 2025<br>**Time:** 1:30 p.m.<br>**Place:** Courtroom 6A<br>**Judge:** The Honorable Michelle Williams Court<br><br>Complaint Filed: July 9, 2025<br>Complaint Served: *Not yet served*<br>Complaint Received: July 11, 2025<br>Complaint Removed: July 11, 2025 |

[PROPOSED] ORDER GRANTING DEFENDANT USC'S MOTION TO DISMISS

|   |   |
|---|---|
| 1 | On August 1, 2025, Defendant University of Southern California ("USC") filed a Motion to Dismiss seeking to dismiss each of Plaintiffs' causes of action against USC, with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. |

      The Court, having considered USC's Motion to Dismiss and finding good cause thereof, hereby GRANTS the Motion and ORDERS as follows:

1. USC's Motion to Dismiss is **GRANTED** in its entirety without leave to amend; and
2. Plaintiffs' Complaint as to USC is **DISMISSED WITH PREJUDICE**.

      IT IS SO ORDERED.

Dated:

_____
HON. MICHELLE WILLIAMS COURT
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANT USC'S MOTION TO DISMISS