UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE JEWISH USC FACULTY MEMBER 2004 and DOE JEWISH USC STUDENT 1987, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, a private public-benefit nonprofit corporation; JEWISH VOICES FOR PEACE ("JVP"), a business organization, form unknown; STUDENTS FOR JUSTICE IN PALESTINE ("SJP"), a business organization, form unknown; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-06375-MWC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT UNIVERSITY OF SOUTHERN CALIFORNIA'S MOTION TO STRIKE CLASS ALLEGATIONS**<br><br>**Date:** August 29, 2025<br>**Time:** 1:30 p.m.<br>**Place:** Courtroom 6A<br>**Judge:** The Honorable Michelle Williams Court<br><br>Complaint Filed: July 9, 2025<br>Complaint Served: *Not yet served*<br>Complaint Received: July 11, 2025<br>Complaint Removed: July 11, 2025 |

On August 1, 2025, Defendant University of Southern California ("USC") filed a Motion To Strike Plaintiffs' Class Allegations.

The Court, having considered USC's Motion to Strike and finding good cause thereof, hereby GRANTS the Motion and ORDERS as follows:

1. USC's Motion to Strike Class Allegations is **GRANTED**; and
2. Plaintiffs' class-action allegations are **STRICKEN**.

IT IS SO ORDERED.

Dated: _____

_____
HON. MICHELLE WILLIAMS COURT
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANT USC'S MOTION TO STRIKE CLASS ALLEGATIONS