Rasha Gerges Shields (Cal. Bar No. 218248)
rgergesshields@jonesday.com
Tyler J. Scott (Cal. Bar No. 341039)
tscott@jonesday.com
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: +1.213.243.2719
Facsimile: +1.213.243.2539

Jeffrey D. Baltruzak (admitted *pro hac vice*)
jbaltruzak@jonesday.com
Daniel Paul Johnson (admitted *pro hac vice*)
dpjohnson@jonesday.com
JONES DAY
500 Grant Street Suite 4500
Pittsburgh, PA 15219
Telephone: +1.412.391.3939
Facsimile: +1.412.394.7959

Attorneys for Defendant
UNIVERSITY OF SOUTHERN CALIFORNIA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE JEWISH USC FACULTY MEMBER 2004 and DOE JEWISH USC STUDENT 1987, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, a private public-benefit nonprofit corporation; JEWISH VOICES FOR PEACE ("JVP"), a business organization, form unknown; STUDENTS FOR JUSTICE IN PALESTINE ("SJP"), a business organization, form unknown; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-06375-MWC<br><br>[Notice of Related Case Pending: Case 24-cv-05712-FLA]<br><br>**DEFENDANT USC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF USC'S MOTION TO DISMISS AND USC'S MOTION TO STRIKE CLASS ALLEGATIONS**<br><br>Date: Friday, August 29, 2025<br>Time: 1:30PM<br>Place: Courtroom 6A<br><br>Complaint Filed: July 9, 2025<br>Complaint Served: *Not yet served*<br>Complaint Received: July 11, 2025<br>Complaint Removed: July 11, 2025 |

# REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, Defendant University of Southern California ("USC"), hereby requests that this Court take judicial notice of the following documents and facts in connection with its Motion to Dismiss and its Motion to Strike Class Allegations:

- **Exhibit A:** First Amended Complaint filed on October 22, 2024 (Dkt. 101) in *Frankel v. Regents of Univ. of California*, No. 24-cv-04702 (C.D. Cal.). A true and correct copy is attached hereto as Exhibit A.

- **Exhibit B:** Landing page of public Instagram account for USC Divest From Death ("@uscdivestfromdeath"), which posts and shares content protesting USC's investments, available at: https://www.instagram.com/uscdivestfromdeath. A true and correct copy, accessed on August 1, 2025, is attached hereto as Exhibit B. The account is not the official Instagram account for USC, nor does it purport to be.

- **Exhibit C:** Landing page of public Instagram account for USC Student Coalition Against Labor Exploitation ("@uscscale"), available at: https://www.instagram.com/uscscale/?hl=en. The biography states that they are "anti-imperialist for a liberated world." A true and correct copy, accessed on August 1, 2025, is attached hereto as Exhibit C. The account is not the official Instagram account for USC, nor does it purport to be.

- The USC Health Sciences Campus east of downtown Los Angeles is over seven miles from USC's "main" campus, south of downtown, known as the "University Park Campus." Bovard Hall is located in the University Park Campus. Sources: USC campus

maps, available at https://maps.usc.edu; and Google maps, available at https://maps.app.goo.gl/XhczDuT34x42iLpK9.

- USC's Hybrid Physical Therapy program, the Hybrid Pathway Doctor of Physical Therapy (DPT), is a graduate-level program that combines the accessibility of online learning with in-person, hands-on immersion experiences at USC. Sources: USC Division of Biokinesiology and Physical Therapy, available at https://dpt.usc.edu/hybrid-dpt-program; Commission on Accreditation in Physical Therapy Education, *Master List of Accredited Programs for the Physical Therapist* 5 (2022), available at https://www.capteonline.org/programs/master-list.

For the reasons set forth herein, the Court can properly take judicial notice of the above documents and facts.

## MEMORANDUM OF POINTS AND AUTHORITIES

Facts "generally known within the trial court's territorial jurisdiction" or "readily determined from sources whose accuracy cannot be reasonably questioned" are subject to judicial notice. Fed. R. Evid. 201(b). When either standard is met, a party requests notice, and the court is provided with the relevant information, Rule 201(c)(2) provides that notice shall be taken. Alternatively, a court may take judicial notice of facts on its own. Fed. R. Evid. 201(c)(1). Pursuant to Rule 201(b) and (c), USC respectfully requests that the Court take notice of the above documents and facts.

The Court may "take judicial notice of court filings and other matters of public record." *E.g.*, *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746, n.6 (9th Cir. 2006) (taking notice of plaintiffs' filings in other actions); *Marcus v. Rouillard*, 2022 WL 22573481, at *4 n.6 (C.D. Cal. 2022), *aff'd* 2024 WL 1042992 (9th Cir. Mar. 11, 2024) (taking "judicial notice of the filings and rulings in other lawsuits"); *St John v. Toyota Motor Corp.*, 2013 WL 5775072, at *2 (C.D. Cal. 2013) (noticing an Oklahoma state-court document). **Exhibit A** is a true and correct copy of the First Amended Complaint (Dkt. 101) filed in *Frankel v. Regents of Univ. of California*, No. 24-cv-04702 (C.D. Cal.), a matter of public record. Judicial notice is therefore appropriate.

The Court may take judicial notice of "the existence and contents" of websites under Rule 201(b)(2). *In re Meta Pixel Tax Filing Cases*, 2024 WL 1251350, at *3 (N.D. Cal. 2024); *see also*, *e.g.*, *Wilson v. Playtika, Ltd.*, 349 F. Supp. 3d 1028, 1042 (W.D. Wash. 2018) (court may take judicial notice of information derived from a publicly accessible website). This includes the fact that neither the website for the @uscdivestfromdeath Instagram nor the website for the @uscscale Instagram is an official USC website. *See Al-Ahmed v. Twitter, Inc.*, 603 F. Supp. 3d 857, 868-869 (C.D. Cal. 2022) (taking judicial notice of the landing page for plaintiff's Twitter account and a public post on the account—both available publicly). **Exhibits B and C** are the landing pages for the public Instagram accounts of @uscdivestfromdeath

and @uscscale. Judicial notice is therefore appropriate.

Geographic distances are judicially noticeable under Rule 201(b)(1) and (2). Local landmarks are "generally known within the trial court's jurisdiction." Fed. R. Evid. 201(b)(1). And "[c]ourts may judicially notice locations using maps and satellite images." *Tesoro Ref. & Mktg. Co. LLC v. City of Long Beach*, 334 F. Supp. 3d 1031, 1042 (C.D. Cal. 2017) (citing *United States v. Perea-Rey*, 680 F.3d 1179, 1182 n.1 (9th Cir. 2012) ("We take judicial notice of a Google map and satellite image as a 'source[] whose accuracy cannot reasonably be questioned,' at least for the purpose of determining the general location of the home.") (citation omitted)). The Court should therefore take judicial notice that USC's Health Sciences Campus is over seven miles by public roads from the University Park Campus.

That USC's Hybrid Pathway Doctor of Physical Therapy program is a graduate-level program is "readily determined from sources whose accuracy cannot be reasonably questioned." Fed. R. Evid. 201(b)(2). Such facts are ascertainable and verifiable from public sources—here, the program website and the accreditor's website—whose accuracy cannot be reasonably questioned in this context. *See Daghlian v. DeVry Univ., Inc.*, 461 F. Supp. 2d 1121, 1143 (C.D. Cal. 2006) (taking judicial notice of the fact that DeVry University is a non-WASC regionally accredited institution); *Caldwell v. Caldwell*, 2006 WL 618511, at *4 (N.D. Cal. 2006), *modified at* 2006 WL 734405 (N.D. Cal. 2006) ("The court agrees with the proposition that, as a general matter, websites and their contents may be proper subjects for judicial notice."). The Court should therefore judicially notice that USC's Hybrid DPT program is a graduate-level program.

## CONCLUSION

Accordingly, USC respectfully requests that, in connection with its Motion to Dismiss and its Motion to Strike Class Allegations, the Court take judicial notice of **Exhibits A – C** and the above-mentioned facts.

| | |
|---|---|
| Dated: August 1, 2025 | Respectfully submitted, |
| | JONES DAY |
| | By: */s/ Rasha Gerges Shields*<br>　　Rasha Gerges Shields |
| | Attorneys for Defendant<br>UNIVERSITY OF SOUTHERN CALIFORNIA |

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Defendant University of Southern California, certifies that this brief contains 667 words, which complies with the word limit of L.R. 11-6.1.

Dated: August 1, 2025

Respectfully submitted,

JONES DAY

By: */s/ Rasha Gerges Shields*
    Rasha Gerges Shields

Attorneys for Defendant
UNIVERSITY OF SOUTHERN CALIFORNIA