# Exhibit B

uscdivestfromdeath



uscdivestfromdeath

Follow

🔗 linktr.ee/uscscale and 1 more

| 59 posts | 916 followers | 85 following |








Exhibit B – Page 108











Exhibit B – Page 109