# Exhibit C

Exhibit C – Page 110

uscscale



**uscscale** ...

Follow | Message | +👤

**S.C.A.L.E. at USC**
USC Student Coalition Against Labor Exploitation
anti-imperialist for a liberated world
scale.usc@gmail.com
🔗 linktr.ee/USCSCALE and 2 more

    

Mutual Aid · OCCUPATI... · safety tips · community · coffee+co...

| 622 posts | 11.1K followers | 1,078 following |





Exhibit C – Page 111

uscscale











Exhibit C – Page 112








Exhibit C – Page 113








Exhibit C – Page 114