Rasha Gerges Shields (Cal. Bar No. 218248)
rgergesshields@jonesday.com
Tyler J. Scott (Cal. Bar No. 341039)
tscott@jonesday.com
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: +1.213.243.2719
Facsimile: +1.213.243.2539

Jeffrey D. Baltruzak (admitted *pro hac vice*)
jbaltruzak@jonesday.com
Daniel Paul Johnson (admitted *pro hac vice*)
dpjohnson@jonesday.com
JONES DAY
500 Grant Street Suite 4500
Pittsburgh, PA 15219
Telephone: +1.412.391.3939
Facsimile: +1.412.394.7959

Attorneys for Defendant
UNIVERSITY OF SOUTHERN CALIFORNIA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE JEWISH USC FACULTY MEMBER 2004 and DOE JEWISH USC STUDENT 1987, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, a private public-benefit nonprofit corporation; JEWISH VOICES FOR PEACE ("JVP"), a business organization, form unknown; STUDENTS FOR JUSTICE IN PALESTINE ("SJP"), a business organization, form unknown; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-06375-MWC<br><br>[Notice of Related Case Pending: Case 24-cv-05712-FLA]<br><br>**DEFENDANT USC'S AMENDED NOTICE OF HEARING RE: USC'S MOTION TO DISMISS AND USC'S MOTION TO STRIKE CLASS ALLEGATIONS**<br><br>Date:   Friday, September 12, 2025<br>Time:   1:30 PM<br>Place:  Courtroom 6A<br><br>Complaint Filed: July 9, 2025<br>Complaint Served: *Not yet served*<br>Complaint Received: July 11, 2025<br>Complaint Removed: July 11, 2025 |

## <u>AMENDED NOTICE OF HEARING</u>

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

 **PLEASE TAKE NOTICE** that a hearing on Defendant University of Southern California's ("USC") Motion to Dismiss in the above-captioned matter [Dkt No. 18] and a hearing on USC's Motion to Strike Class Allegations in the above-captioned matter [Dkt No. 19] will take place on September 12, 2025, at 1:30 PM, before the Honorable Judge Michelle Williams Court, in Courtroom 6A of this Court, located at 350 West 1st Street, Los Angeles, California 90012.

Dated: August 4, 2025     Respectfully submitted,

           JONES DAY


           By: */s/ Rasha Gerges Shields*
            Rasha Gerges Shields

           Attorneys for Defendant
           UNIVERSITY OF SOUTHERN CALIFORNIA