E. Jay Gottfredson SBN 52428
LAW OFFICES OF MICHAEL E. REZNICK
A Professional Corporation
283 Ocho Rios Way
Oak Park, California 91377-5540
Tel: (818) 437-5630
reznagoura@aol.com
jay@gottfredsonassociates.com

Attorneys for Plaintiffs DOE JEWISH USC FACULTY
MEMBER 2004 and DOE JEWISH USC STUDENT
1987, individually and on behalf of all others
similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE JEWISH USC FACULTY MEMBER 2004; DOE JEWISH USC STUDENT 1987, Individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, a private public-benefit nonprofit corporation; JEWISH VOICES FOR PEACE ("JVP"), a business organization, form unknown; STUDENTS FOR JUSTICE IN PALESTINE ("SJP"), a business organization, form unknown; and DOES 1 through 50, inclusive,<br><br>          Defendants. | CASE NO.: 2:25-cv-06375-FLA(SSCx)<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT TO DEFENDANT JEWISH VOICES FOR PEACE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

The Complaint was personally served on Defendant Jewish Voices for Peace on 08/07/2025. Please see the attached **Exhibit A.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 25, 2025, at Los Angeles, California

*[signature]*

Svetlana Yanova

# EXHIBIT A

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Jay Gotfredson SBN 52428<br>E. Jay Gotfredson<br>11620 Wilshire Blvd Fl 8,ste. 800 ste. 800<br>Los Angeles, CA 90025<br>TELEPHONE NO.: (310) 478-0808     FAX NO. (Optional):<br><br>E-MAIL ADDRESS (Optional): lawfirm@gotfredsonassociates.com<br>ATTORNEY FOR (Name):    Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES<br>   STREET ADDRESS: 111 N Hill St.<br>   MAILING ADDRESS: 111 N Hill St.<br>   CITY AND ZIP CODE: Los Angeles, CA 90012<br>   BRANCH NAME: SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES | |
| PLAINTIFF/PETITIONER: Doe Jewish USC Faculty Member 2004<br>DEFENDANT/RESPONDENT: University of Southern California, a Private public benefit nonprofit corporation | CASE NUMBER:<br>25STCV20404 |
| **PROOF OF SERVICE SUMMONS** | Ref. No. or File No.:<br>155 |

(Separate proof of service is required for each party served.)

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of: *Summons; complaint ; Civil Case Cover Sheet; Civil Case Cover Sheet Addendum and Statement of Location; ADR Information Packet; adr notice; Notice of Case Assignment; Notice of Case Removal ; Exhibit A to Notice of Case Removal ; Exhibit B to Notice of Case Removal ; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; STANDING ORDER REGARDING NEWLY ASSIGNED CASES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; ORDER SETTING SCHEDULING CONFERENCE; UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA CIVIL COVER SHEET; DEFENDANT UNIVERSITY OF SOUTHERN CALIFORNIA'S NOTICE OF RELATED CASES [L.R. 83-1]*

3. a. Party served *(specify name of party as shown on documents served)*: **JEWISH VOICES FOR PEACE ("JVP"), a business organization, form unknown**

   b. [x] Person (other than the party in Item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*: **Steven Pickett, Agent for Service**

4. Address where the party was served: **5716 Corsa Ave., , Suite 110 Westlake Village, CA 91362**

5. I served the party *(check proper box)*
   a. [x] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: **8/7/2025** (2) at: **04:26 PM**
   b. [ ] **by substituted service.** On: at: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

Page 1 of 3

POS-010 [Rev. January 1, 2007]   **PROOF OF SERVICE OF SUMMONS**   Invoice # 12584169

| PLAINTIFF/PETITIONER: | Doe Jewish USC Faculty Member 2004 | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | University of Southern California, a Private public benefit nonprofit corporation | 25STCV20404 |

(3) ☐ **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

(4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents:
   *on:*          *from:*          **or** ☐ a declaration of mailing is attached.

(5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

6. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on:                              (2) from:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. (*Attach completed* Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30).

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

7. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify):* **JEWISH VOICES FOR PEACE ("JVP"), a business organization, form unknown** under the following Code of Civil Procedure section:

   | | |
   |---|---|
   | ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
   | ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
   | ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
   | ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
   | ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
   | | ☐ other: |

8. **Person who served papers**
   a. Name: **Tamar Ravid**
   b. Address: **500 Allerton Street Suite 105, Redwood City, CA 94063**
   c. Telephone number: **650-364-9612**
   d. **The fee for service was: $197.00**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ a registered California process server:
         (i) ☐ owner ☐ employee ☒ independent contractor.
         (ii) Registration No.: **5967**
         (iii) County: **Los Angeles**

| PLAINTIFF/PETITIONER: | Doe Jewish USC Faculty Member 2004 | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | University of Southern California, a Private public benefit nonprofit corporation | 25STCV20404 |

8. [x] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

▶ _Tamar Ravid_ (signature)　　Date: 08/21/2025

**Tamar Ravid**

POS-010 [Rev. January 1, 2007]　　**PROOF OF SERVICE OF SUMMONS**　　Page 3 of 3

Invoice #: 12584169