# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE JEWISH USC FACULTY MEMBER 2004, et al.<br>PLAINTIFF(S)<br>v.<br>UNIVERSITY OF SOUTHERN CALIFORNIA, et al.<br>DEFENDANT(S). | CASE NUMBER:<br>2:25−cv−06375−FLA−SSC<br><br>ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 08/25/2025 | 31; 32 | Motion(s) to Dismiss |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- ☐ The document is stricken
- ☐ The hearing date has been rescheduled to _____ at _____ .
- ☑ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- ☐ Other:

Dated: 08/29/2025

By: _____
United States District Judge